**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR DONTE MARTIN, aka DANIEL CHRISTOPHER RAMSEY, ) ) ) Petitioner, ) ) v. ) ) KERN VALLEY STATE PRISON, ) ) Respondent. ) ) | NO. CV 09-9397-PA (MAN) JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: January 8, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE